IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHECKETTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF CA, et al.,<br><br>　　　　Defendants. | No. C 11-03664 EJD (PR)<br><br>ORDER OF TRANSFER |

　　　Plaintiff, a state prisoner proceeding pro se, initiated the instant civil rights action by filing a "petition for replevin" against the Mule Creek State Prison in Ione, California, which lies within Amador County. At the direction of the Court, Plaintiff later filed a complaint in which he challenges the prison's handling of his trust account. (Docket No. 4.) Because the acts complained of occurred in Amador County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED: February 2, 2012

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge

Order of Transfer
G:\PRO-SE\SJ.EJD\CR.11\03664Checketts_transfer.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL CHECKETTS,

        Plaintiff,

  v.

PEOPLE OF STATE OF CA, et al.,

        Defendants.

Case Number: CV11-03664 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/3/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Checketts P-05035
Mule Creek State Prison
P.O. Box 409000
Ione, CA 95640

Dated: 2/3/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk